UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
SCOTT M. EPSTEIN

        Plaintiff,

v.       MAGISTRATE JUDGE Alexander

C.R. BARD, INC.,
FUTUREMED INTERVENTIONAL, INC., and
CROSSBOW VENTURES, INC.

        Defendants.
------------------------------------x

03 cv 12297 RWZ

CIVIL ACTION NO.

AMOUNT $ 150  5/17/03
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK  E.O.M
11/18/03

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 et seq., defendants C.R. Bard, Inc., Futuremed Interventional, Inc. and Crossbow Ventures, Inc. file this Notice of Removal and state:

1.    Defendants are parties in an action commenced against them by the plaintiff pending in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Suffolk County, captioned <u>Scott M. Epstein v. C.R. Bard., Inc., Futuremed Interventional, Inc. & Crossbow Ventures, Inc.</u>, Civil Action No. 03-4869. True copies of all process, pleadings and orders served on the defendants in the state action are attached as Exhibit A.

2.    In his complaint, plaintiff alleges that he is an individual residing in Boston, Massachusetts.

3.    Defendant C.R. Bard, Inc. is a New Jersey corporation with its principal place of business in Murray Hill, New Jersey.



4. Defendant Futuremed Interventional, Inc. is a Texas corporation with its principal place of business in Athens, Texas.

5. Defendant Crossbow Ventures Inc. is a Florida corporation with its principal place of business in West Palm Beach, Florida.

6. There is, therefore, complete diversity of citizenship, and no defendant is a citizen of the state in which the action was brought.

7. Based on the allegations in the Complaint, the Plaintiff appears to allege that the amount in controversy exceeds $75,000.

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

9. Defendants were served with the Complaint in this matter less than 30 days ago. Consequently this notice is timely under 28 U.S.C. § 1446(b).

10. Defendants may therefore remove this case from state to federal court pursuant to 28 U.S.C. § 1441(a).

11. A copy of this Notice of Removal is being provided to Plaintiff, and is being filed with the clerk of the Massachusetts Superior Court in which this case was originally filed.

| | |
|---|---|
| C.R. BARD, INC.<br>By its attorney<br><br>_____<br>Andrew Good, BBO # 201240<br>GOOD & CORMIER<br>83 Atlantic Avenue<br>Boston, Massachusetts 02110<br>(617) 523-5933 | FUTUREMED INTERVENTIONAL, INC.<br>By its attorney<br><br>_____<br>Michael Albert, BBO # 558566<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 720-3500 |

CROSSBOW VENTURES, INC.
By its attorneys

*[signature]*

Michael Albert, BBO # 558566  (local counsel)
Daniel A. Wuersch (awaiting admission pro hac vice)
Samuel D. Levy (awaiting admission pro hac vice)
WUERSCH & GERING, LLP
11 Hanover Square, 19th Floor
New York, NY 10005
(212) 509-5050


Dated: November 17, 2003


C:\Documents and Settings\malbert\Local Settings\Temporary Internet Files\OLK3\Notice of Removal1.doc

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Removal was served upon all attorneys of record on November 17, 2003 by first-class mail:

Gary E. Lambert, Esq.
Lambert & Associates
92 State St., Suite 200
Boston, MA 02109

Michael Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Daniel A. Wuersch, Esq.
Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY 10005

_____
Andrew Good