IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC., and<br>CROSSBOW VENTURES, INC.,<br><br>    Defendants. | Civil Action No. 03-cv-12297-RWZ |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANTS FUTUREMED INTERVENTIONAL, INC. AND CROSSBOW VENTURES, INC. TO ANSWER OR OTHERWISE DEFEND

Defendants Futuremed Interventional, Inc. and Crossbow Ventures, Inc. hereby move the Court for an extension of time, until and including December 10, 2003, to answer or otherwise respond to the Complaint. Counsel for Plaintiff has agreed to the requested extension.

Respectfully submitted,

FUTUREMED INTERVENTIONAL, INC., and
CROSSBOW VENTURES, INC.
By their counsel,


/s/ Michael A. Albert_____
Michael A. Albert, BBO # 558566
Michael N. Rader, BBO # 646990
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 720-3500

COUNSEL FOR FUTUREMED
LOCAL COUNSEL FOR CROSSBOW

- 3 -

## **LOCAL RULE 7.1 CERTIFICATION**

     I hereby certify that counsel for the parties conferred in good faith prior to the filing of this motion and came to the resolution stated herein.

                       /s/ Michael A. Albert
                       Michael A. Albert

- 3 -