IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., FUTUREMED INTERVENTIONAL, INC., AND CROSSBOW VENTURES, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 03CV12297 (RWZ) |

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the Assented-To Motion for Extension of Time for Defendants FutureMed Interventional, Inc. and CrossBow Ventures, Inc. to Answer or Otherwise Defend was served upon the following attorneys of record on November 25, 2003 by facsimile:

*Facsimile (617) 523-7554*
Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

*Facsimile (212) 509-9559*
Daniel A. Wuersch, Esq.
Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY  10005

                                                /s/ Michael A. Albert_____
                                                Michael A. Albert

**747921.1**