UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
SCOTT M. EPSTEIN.                   :
                                    :
                                    :
            Plaintiff,              :
                                    :       CIVIL ACTION
    v.                              :       NO. 03 CV 12297 RWZ
                                    :
                                    :
C.R. BARD, INC.,                    :
FUTUREMED INTERVENTIONAL, INC., and :
CROSSBOW VENTURES, INC.             :
                                    :
            Defendants.             :
------------------------------------x

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO AND INCLUDING DECEMBER 10, 2003 FOR DEFENDANT C.R. BARD, INC. TO ANSWER OR OTHERWISE RESPOND**

With the Plaintiff's assent, Defendant C.R. Bard, Inc. hereby moves the Court to extend until December 10, 2003 the deadline for Defendant C.R. Bard, Inc. to answer or otherwise respond to the Complaint.

As grounds for the motion, C.R. Bard states as follows:

(1)    Counsel for Plaintiff has agreed to extend until December 10, 2003 the deadline for Defendant C.R. Bard, Inc. to answer or otherwise respond.

Therefore, it is respectfully requested that the Court grant the agreed-upon extension of time to and including December 10, 2003.

Respectfully submitted,

C.R. BARD, INC.,

By its counsel,

Dated: November 24, 2003

*Andrew Good* P/y/c
Andrew Good, BBO # 201240
GOOD & CORMIER
83 Atlantic Avenue
Boston, Massachusetts 02110
(617) 523-5933

G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\Federal Court Pre-Answer Submissions\Assented-To Motion to Extend Answer Deadline to December 10.doc

03-12297RWZ

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Assented-to Motion for Extension of Time To and Including December 10, 2003 for Defendant C.R. Bard, Inc. to Answer or Otherwise Respond was served upon all attorneys of record on November 24, 2003 by first-class mail:

Gary E. Lambert, Esq.
92 State Street, Suite 200
Boston, MA 02109

Michael Albert, Esq.
600 Atlantic Avenue
Boston, MA 02210

Daniel A. Wuersch, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY 10005


_____
Andrew Good


G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\Federal Court Pre-Answer Submissions\Certificate of Service -- Assented-to Motion for Extension Until 12-10-03.doc