IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC., and<br>CROSSBOW VENTURES, INC.,<br><br>  Defendants. | Civil Action No. 03-cv-12297-RWZ |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR
ALL DEFENDANTS TO ANSWER OR OTHERWISE DEFEND**

  The Defendants move the Court for an extension of time, until and including December 29, 2003, to answer or otherwise respond to the Complaint. Counsel for Plaintiff agreed to grant the requested extension to all defendants.

  The undersigned is counsel to Futuremed and local counsel for Crossbow. Bard's counsel authorized the undersigned to request this extension on Bard's behalf as well.

              Respectfully submitted,

              FUTUREMED INTERVENTIONAL, INC., and
              CROSSBOW VENTURES, INC.,

Dated: December 9, 2003      By their counsel,

              /s/ Michael A. Albert
              Michael A. Albert, BBO # 558566
              Michael N. Rader, BBO # 646990
              WOLF, GREENFIELD & SACKS, P.C.
              600 Atlantic Avenue
              Boston, Massachusetts 02210
              Tel: 617.720.3500

- 2 -

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the parties conferred in good faith prior to the filing of this motion and came to the resolution stated herein.

/s/ Michael A. Albert
Michael A. Albert

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Assented-To Motion for Extension of Time for All Defendants to Answer or Otherwise Defend was served upon the following attorneys of record on December 9, 2003 by first-class regular mail:

Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

Samuel D. Levy, Esq.
Daniel A. Wuersch, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY  10005

/s/ Michael A. Albert
Michael A. Albert