IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT M. EPSTEIN,

Plaintiff,

v.

C.R. BARD, INC., FUTUREMED
INTERVENTIONAL, INC., AND
CROSSBOW VENTURES, INC.,

Defendant.

CIVIL ACTION NO. 03-CV-12297 (RWZ)

# NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Defendants Futuremed Interventional, Inc. and Crossbow Ventures, Inc. in the above-identified action.

Respectfully submitted,

FUTUREMED INTERVENTIONAL, INC.
AND CROSSBOW VENTURES, INC.

Dated: December 16, 2003

Michael N. Rader (BBO #646990)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
(617) 720-3500

756504.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the Notice of Appearance of Michael N. Rader was served upon the following attorneys of record on December **16**, 2003 by first-class regular mail:

Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

Daniel A. Wuersch, Esq.
Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY  10005

Gary E. Lambert, Esq.
Lambert & Associates
92 State Street, Suite 200
Boston, MA  02109

_____
Michael N. Rader

756502.1