IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 16  P 4: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., FUTUREMED INTERVENTIONAL, INC., AND CROSSBOW VENTURES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 03-CV-12297 (RWZ) |

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____

## MOTION FOR ADMISSION PRO HAC VICE

Michael A. Albert, the undersigned counsel for Defendant Futuremed Interventional, Inc. and local counsel for Crossbow Ventures, Inc. in the above-entitled matter, hereby moves this Court, pursuant to Local Rule 83.5.3(b), to permit Attorney Samuel D. Levy (an attorney with the law firm of Wuersch & Gering LLP, having its offices at 11 Hanover Square, New York, NY 10005) to appear and practice in this case. As grounds for this motion, the undersigned states as follows:

1. A Notice of Appearance for the undersigned in this matter is being filed simultaneously with this motion. See Local Rule 83.5.3(b)(3).

2. Attorney Levy sets forth in his accompanying Affidavit that (a) he is a member in good standing of the bar in every jurisdiction in which he has been admitted to practice; (b) there are no disciplinary matters pending against him; and (c) he is familiar with the local rules of this Court.

**WHEREFORE**, the undersigned requests that Attorney Levy be granted permission to represent the Defendant Crossbow Ventures, Inc. in this action.

                                        Respectfully submitted,

Date: December 12, 2003         By: _____
                                        Michael A. Albert, BBO #558566
                                        WOLF, GREENFIELD & SACKS, P.C.
                                        600 Atlantic Avenue
                                        Federal Reserve Plaza
                                        Boston, Massachusetts  02210
                                        Tel.: (617) 720-3500
                                        Fax: (617) 720-2441