IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC., and<br>CROSSBOW VENTURES, INC.,<br><br>    Defendants. | Civil Action No. 03-CV-12297 (RWZ) |

### FUTUREMED'S MOTION TO DISMISS EPSTEIN'S COMPLAINT

Futuremed hereby moves to dismiss the complaint in this action.  The grounds for this motion are set forth in the accompanying memorandum of law.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Futuremed informed counsel for Epstein that Futuremed expected to file a motion to dismiss, and counsel for Epstein did not stipulate to the motion.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Futuremed requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

FUTUREMED INTERVENTIONAL, INC.,

By its counsel,

Dated: December 29, 2003

/s/ Michael A. Albert
Michael A. Albert, BBO # 558566
Michael N. Rader, BBO # 646990
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue

- 2 -

Boston, Massachusetts 02210
(617) 720-3500

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of Futuremed's Motion to Dismiss Epstein's Complaint was served upon the following attorneys of record on December 29, 2003 by first-class, regular mail:

Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY  10005

                              /s/ Michael A. Albert
                              Michael A. Albert