

**MEDICAL DEVICE PRODUCT DEVELOPMENT**

January 6, 2000

Nadia C. Adler
V.P. General Counsel & Secretary
C.R. Bard Inc.
730 Central Ave.
Murray Hill, N.J. 07974

Dear Ms. Adler,

Please review the attached letter concerning my issue with BUD. I know that on one hand this is not exactly a high priority for you, but on the other hand you could be instrumental in my attempt to right this wrong. As Chief Corporate Council you are typically responsible for matters that would otherwise affect your organization adversely. In this case I'm sure you could be instrumental in eliminating one more BUD liability that sooner or later concerns the parent company.

Although my attached letter carries specific tones and demands, you should feel free to contact me if you would like to discuss this further. I can be reached until further notice at 508 655 1044 at 178 Boden Lane, Natick MA. 01760. I hope you can see this through to a speedy resolution. Otherwise I expect BUD to settle this with out further incident or we will end up in court.

Sincerely,

Scott M. Epstein
CTO/CEO Medical Device Labs, Inc.

cc: Gary Lambert; Lambert & Ricci; Boston MA
    A.J. DeBartolomeo; Robins, Kaplan, Miller & Ceresi; San Francisco, CA