IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>      Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC., and<br>CROSSBOW VENTURES, INC.,<br><br>      Defendants. | Civil Action No. 03-CV-12297 (RWZ) |

## CROSSBOW'S MOTION TO DISMISS THE VERIFIED COMPLAINT

Crossbow hereby moves to dismiss the complaint in this action. The grounds for this motion are set forth in the accompanying memorandum of law.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Crossbow informed counsel for Epstein that Crossbow expected to file a motion to dismiss, and counsel for Epstein did not stipulate to the motion.

## LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Crossbow requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

FUTUREMED INTERVENTIONAL, INC.,

By its counsel,

Dated: December 29, 2003

/s/ Michael A. Albert
Michael A. Albert, BBO # 558566
Michael N. Rader, BBO # 646990
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue

                                                Boston, Massachusetts 02210
                                                (617) 720-3500

<u>Of Counsel</u>

Samuel D. Levy
Admittance *pro hac vice* pending for CROSSBOW VENTURES, INC.
Wuersch & Gering LLP
11 Hanover Square, 19th Floor
New York, New York 10005
(212) 509-5050

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of Crossbow's Motion to Dismiss the Verified Complaint was served upon the following attorney of record on December 29, 2003 by first-class, regular mail:

Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

                                                /s/ Michael A. Albert
                                                Michael A. Albert