UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------x
SCOTT M. EPSTEIN,                           :
                                            :   Civil Action No. 03/12297 (RWZ)
                        Plaintiff,          :
                                            :
        v.                                  :   **AFFIDAVIT OF**
                                            :   **STEPHEN J. WARNER**
C.R. BARD, INC., FUTUREMED                  :
INTERVENTIONAL, INC., and                   :
CROSSBOW VENTURES, INC.                     :
------------------------------x

STEPHEN J. WARNER, being duly sworn, affirms under the penalties of perjury:

1. I am the President of defendant, Crossbow Ventures Inc., s/h/a Crossbow Ventures, Inc., located at One North Clematis Street, West Palm Beach, Florida 33401-5523. I am familiar with the pleadings and circumstances of the above-captioned lawsuit.

2. Crossbow Venture Partners LP, formerly known as Alpine Venture Capital Partners LP, owns five securities in defendant FutureMed Interventional, Inc.: two promissory notes, two warrants, and a preferred stock certificate.

3. A true and correct copy of the Series A Convertible Preferred Stock Certificate is annexed as Ex. 1. This certificate represents the investment of Crossbow Venture Partners LP – not Crossbow Ventures Inc. – in defendant FutureMed Interventional, Inc.

4. I have reviewed the Verified Complaint in this lawsuit. The allegation at paragraph 42, alleging that Crossbow Ventures Inc. is the "parent" of FutureMed Interventional, Inc. is wrong. Defendant Crossbow Ventures Inc. is not the "parent" of defendant FutureMed Interventional, Inc., nor is it the parent of any other entity. Neither defendant Crossbow Ventures Inc. nor its managed fund, Crossbow Venture Partners LP, is the parent of defendant FutureMed Interventional, Inc.

5. Defendant Crossbow Ventures Inc. is an investment advisor and does not hold the Series A Convertible Preferred Stock Certificate, annexed as Ex. 1.

6. Crossbow Ventures Inc. has not had any dealings, communications, or involvement with plaintiff Scott M. Epstein.

7. There is no business or other relationship between plaintiff and Crossbow Ventures Inc.

Dated: West Palm Beach, Florida
       December 29, 2003

_____
STEPHEN J. WARNER

Sworn to before me on
December 29, 2003

_____
Notary Public



Tiffany Whitlock
My Commission DD250324
Expires December 02, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Affidavit of Stephen J. Warner was served upon the following attorney of record on December 29, 2003 by first-class, regular mail:

Andrew Good, Esq.
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

/s/ Michael A. Albert
Michael A. Albert

756502.1