UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT M. EPSTEIN,

    Plaintiff,

v.

C.R. BARD, INC., *et al.*,

    Defendants.

Civil Action No. 03 CV 12297 (RWZ)

## DEFENDANT C.R. BARD, INC.'S MOTION TO DISMISS COUNTS II, III, IV, V, VI, VII, VIII AND X OF PLAINTIFF'S COMPLAINT

Defendant C.R. Bard, Inc. hereby moves to dismiss Counts II, III, IV, V, VI, VII, VIII and X of Plaintiff's Complaint on the following grounds:

1. Pursuant to Fed.R.Civ. P. 12(b)(6), each of the eight counts fails to state a claim upon which relief can be granted.
2. Pursuant to Fed.R.Civ. P. 12(b)(1), this court lacks jurisdiction over the subject matter of Counts VI, VII and VIII.

The grounds for this motion are fully stated in the accompanying Memorandum of Law.

Defendant C.R. Bard, Inc. hereby requests oral argument.

Respectfully Submitted,

_____
Andrew Good, BBO # 201240
GOOD & CORMIER
83 Atlantic Avenue
Boston, MA 02110
Tel. (617) 523-5933
Fax (617) 523-7554

Attorney for C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record on December 29, 2003 by first-class mail:

Gary E. Lambert, Esq.
92 State Street, Suite 200
Boston, MA 02109

Michael Albert, Esq.
600 Atlantic Avenue
Boston, MA 02210

Samuel Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY 10005

_____
Andrew Good