UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -6 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

SCOTT M. EPSTEIN,

          Plaintiff,

v.

C.R. BARD, INC., *et al.*,

          Defendants.

Civil Action No. 03 CV 12297 (RWZ)

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), I hereby file notice of appearance on behalf of defendant C.R. Bard, Inc. in the matter of Scott M. Epstein v. C.R. Bard, Inc. et al.

Respectfully submitted,

Dated: January 2, 2004

Andrew Good
BBO # 201240
GOOD & CORMIER
83 Atlantic Avenue
Boston, MA 02110
Tel. (617) 523-5933
Fax (617) 523-7554

G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\AG appearance.doc

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail on January 2, 2004.

                  _____
                  Andrew Good

Gary Lambert, Esq.
92 State St., Suite 200
Boston, MA 02109

Michael Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY 10005

G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\AG appearance -- Cert. of Service.doc

# GOOD & CORMIER
## ATTORNEYS-AT-LAW
83 Atlantic Avenue, Boston, Massachusetts 02110-3711
Telephone (617) 523-5933 Facsimile (617) 523-7554

**Andrew Good**
Ext. 208, Email: *agood@goodcormier.com*

**Philip G. Cormier**
Ext. 212, Email: *pcormier@goodcormier.com*

**Matthew Zisow**
Ext. 213, Email: *mzisow@goodcormier.com*

*Of Counsel:*
**Harvey A. Silverglate**
Ext. 209, Email: *has@goodcormier.com*

FILED
IN CLERKS OFFICE
2004 JAN -6  A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

**January 2, 2004**

*Via First-Class Mail*
Clerk's Office
United States District Court
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:  Scott M. Epstein v. C.R. Bard, et al.
     Civil Action No. 03 CV 12297 (RWZ)

Dear Sir/Madam:

I enclose for filing my Notice of Appearance in the matter of Scott M. Epstein v. C.R. Bard, Inc. et al. Thank you for your assistance.

Sincerely,

Andrew Good
BBO # 201240

Enclosures as stated

cc w/ encl:   Gary Lambert, Esq.
              Michael Albert, Esq.
              Samuel Levy, Esq.

G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\AG appearance -- cover letter.doc