UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT M. EPSTEIN,

    Plaintiff,

v.

C.R. BARD, INC., *et al.*,

    Defendants.

Civil Action No. 03 CV 12297 (RWZ)

FILED IN CLERKS OFFICE
2004 JAN -7 A II: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, counsel for defendant C.R. Bard, Inc. ("Bard") certifies as follows:

Bard is a publicly-traded company having its principal place of business in Murray Hill, New Jersey. Bard has no parent corporation. No publicly-held company owns 10 percent or more of the stock of Bard.

Dated: January 5, 2004

Respectfully submitted,

*/s/ Andrew Good*
Andrew Good
BBO # 201240
GOOD & CORMIER
83 Atlantic Avenue
Boston, MA 02110
Tel. (617) 523-5933
Fax (617) 523-7554

Attorney for C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail on January 5, 2004.

_/s/ Andrew Good_
Andrew Good

Gary Lambert, Esq.
92 State St., Suite 200
Boston, MA 02109

Michael Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Samuel D. Levy, Esq.
Wuersch & Gering, LLP
11 Hanover Square, 19th Floor
New York, NY 10005

# GOOD & CORMIER
## ATTORNEYS-AT-LAW

83 Atlantic Avenue, Boston, Massachusetts 02110-3711
Telephone (617) 523-5933 *Facsimile* (617) 523-7554

**Andrew Good**
Ext. 208, Email: *agood@goodcormier.com*

**Philip G. Cormier**
Ext. 212, Email: *pcormier@goodcormier.com*

**Matthew Zisow**
Ext. 213, Email: *mzisow@goodcormier.com*

*Of Counsel:*
**Harvey A. Silverglate**
Ext. 209, Email: *has@goodcormier.com*

FILED IN CLERK'S OFFICE
2004 JAN -7 A II: 17
DISTRICT COURT
OF MASS.

**January 4, 2004**

*Via First-Class Mail*
Clerk's Office
United States District Court
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Scott M. Epstein v. C.R. Bard, et al.
      Civil Action No. 03 CV 12297 (RWZ)

Dear Sir/Madam:

I enclose for filing a Corporate Disclosure Statement on behalf of defendant C.R. Bard, Inc. Thank you for your assistance.

Sincerely,

Andrew Good
BBO # 201240

Enclosures as stated

cc w/ encl:   Gary Lambert, Esq.
              Michael Albert, Esq.
              Samuel Levy, Esq.

G:\CLIENTS\Bard (Epstein Civil)\Pre-Answer Work Product\Corporate Disclosure Statement -- cover letter.doc