IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br> Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC., and<br>CROSSBOW VENTURES, INC.,<br><br> Defendants. | Civil Action No. 03-cv-12297 (RWZ) |

**MOTION FOR ENTRY OF FINAL JUDGMENT**
**FOR DEFENDANTS FUTUREMED AND CROSSBOW**

Pursuant to Fed. R. Civ. P. 54(b) Defendants Futuremed Interventional, Inc. ("Futuremed") and Crossbow Ventures, Inc. ("Crossbow") move for entry of judgment in their favor.

On July 19, 2004 this Court dismissed all claims against both Futuremed and Crossbow. The only remaining Counts do not involve either of these defendants. Accordingly, Futuremed and Crossbow are entitled to judgment in their favor pursuant to Rule 54(b). A memorandum in support of this motion, and a Proposed Order, are submitted herewith.

**Local Rule 7.1(A)(2) Certification**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendants Futuremed and Crossbow has conferred in good faith with counsel for the plaintiff in an effort to resolve the issues raised by the above motion.

                /s/Michael A. Albert

- 2 -

                    Respectfully submitted,

                    FUTUREMED INTERVENTIONAL, INC., and
                    CROSSBOW VENTURES, INC.

                    By their counsel,

Dated: August 12, 2004              /s/Michael A. Albert
                    Michael A. Albert, BBO # 558566
                    malbert@wolfgreenfield.com
                    WOLF, GREENFIELD & SACKS, P.C.
                    600 Atlantic Avenue
                    Boston, Massachusetts 02210
                    617.646.8000