UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT M. EPSTEIN,<br><br>               Plaintiff,<br><br>v.<br><br>C.R.BARD, INC.,<br>FUTUREMED INTERVENTIONAL, INC.,<br>and CROSSBOW VENTURES, INC.<br><br>               Defendants. | Civil Action No.: 03 CV 12297 (RWZ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of undersigned counsel on behalf of Plaintiff, Scott M. Epstein in the above-captioned matter.

Respectfully Submitted,

*Patrick D. Archibald*
Patrick D. Archibald (BBO No.: 657757)

LAMBERT & ASSOCIATES
92 State Street
Boston, MA 02109-2004
Tel.: (617) 720-0091
Fax: (617) 227-0313

Dated August 11, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all the attorneys of record on August 11, 2004 by First Class Mail, Postage Pre-Paid to:

Attorney Michael Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Attorney Andrew Good
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110

Attorney Samuel Levy
Wuersch & Gering LLP
11 Hanover Square, 19th Floor
New York, NY 10005


_Patrick D. Archibald_
Patrick D. Archibald, Esq.