UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>C.R. BARD, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 03 CV 12297 (RWZ) |

**<u>NOTICE OF APPEARANCE</u>**

　　Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of defendant C.R. Bard, Inc. in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  August 19, 2004

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew Zisow
　　　　　　　　　　　　　　　　　　　　　　　　Matthew Zisow
　　　　　　　　　　　　　　　　　　　　　　　　BBO # 658726
　　　　　　　　　　　　　　　　　　　　　　　　GOOD & CORMIER
　　　　　　　　　　　　　　　　　　　　　　　　83 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　　Tel. (617) 523-5933
　　　　　　　　　　　　　　　　　　　　　　　　Fax (617) 523-7554