UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>                Plaintiff,<br><br>    v.<br><br>C.R. BARD, INC., *et al.*,<br><br>                Defendants. | Civil Action No. 03 CV 12297 (RWZ) |

### BARD'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Bard moves for judgment on the pleadings for the reasons detailed in the accompanying memorandum.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Bard and Epstein have attempted but failed to resolve or narrow the issues raised by this motion.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Defendant C.R. Bard, Inc. hereby requests oral argument, should the Court deem it necessary.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | C.R. BARD, INC. |
| DATED:  August 25, 2004 | By its counsel, |
| | /s/ Andrew Good<br>Andrew Good<br>BBO # 201240 |
| | /s/ Matthew Zisow<br>Matthew Zisow<br>BBO # 658726<br>GOOD & CORMIER |

- 2 -

83 Atlantic Avenue  
Boston, MA 02110  
Tel. (617) 523-5933  
Fax (617) 523-7554

Attorneys for C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each attorney of record on August 25, 2004 by first-class mail.

/s/ Matthew Zisow  
Matthew Zisow

Gary Lambert, Esq.  
c/o Patrick Archibald, Esq.  
LAMBERT & ASSOCIATES  
92 State Street, Suite 200  
Boston, MA 02109

Michael Albert, Esq.  
WOLF, GREENFIELD & SACKS, P.C.  
600 Atlantic Avenue  
Boston, MA 02210

- 2 -