UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SCOTT M. EPSTEIN** | |
| **Plaintiff** | **CIVIL ACTION** |
| **V.** | **NO. 03-12297-RWZ** |
| **FUTUREMED INTER. AND CROSSBOW** | |
| **Defendant** | |

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER entered 10/26/04;

JUDGMENT is entered for DISMISSING the complaint against Futuremed and Crossbow.

By the Court,

10/26/04                               s/ Lisa A. Urso
Date                                    Deputy Clerk