UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12297-RWZ

FILED
IN CLERKS OFFICE

2005 JAN 31  P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

SCOTT M. EPSTEIN

v.

C.R. BARD, INC., FUTUREMED INTERVENTIONAL, INC.,
and CROSSBOW VENTURES, INC.

## STATUS REPORT OF ATTORNEY LAMBERT'S SERVICE AND OF THE CASE

Attorney Patrick D. Archibald hereby reports as to the status of Attorney Gary E. Lambert's ("Attorney Lambert") Service on Active Duty with the United States Marine Corps and the status of the case in accordance with this Court's Order of October 27, 2004.

The status of Attorney Lambert's service and the case is as follows:

1. On January 27, 2005 Attorney Lambert was released from Active Duty at Camp Lejune, North Carolina.

2. As of January 31, 2005, the status of the case remains unchanged from that of October 27, 2004.

3. On February 1, 2005 Attorney Lambert is returning to the office, and an internal office meeting will be held between Attorney Lambert and Attorney Archibald, said meeting to begin the process of updating Attorney Lambert as to the events transpiring in this case during Attorney Lambert's absence.

Dated: Jan. 31, 2005

Respectfully submitted,

By: *Patrick D. Archibald*
Patrick D. Archibald, Esq.
BBO#: 657,757
LAMBERT & ASSOCIATES
Attorney for Plaintiff Scott M. Epstein

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record on January 31, 2005 by First Class Mail, Postage Pre-Paid to:

Attorney Andrew Good
Good & Cormier
83 Atlantic Avenue
Boston, MA 02210

Patrick D. Archibald, Esq.