UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C.R. BARD, INC., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 03 CV 12297 (RWZ) |

### BARD'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Bard moves for judgment on the pleadings for the reasons detailed in the accompanying memorandum.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Bard and Epstein have attempted but failed to resolve or narrow the issues raised by this motion.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Defendant C.R. Bard, Inc. hereby requests oral argument, should the Court deem it necessary.

Respectfully Submitted,

C.R. BARD, INC.

DATED: March 17, 2005　　　　　　By its counsel,

/s/ Andrew Good
Andrew Good
BBO # 201240

/s/ Matthew Zisow
Matthew Zisow
BBO # 658726
GOOD & CORMIER

- 2 -

        83 Atlantic Avenue
        Boston, MA 02110
        Tel. (617) 523-5933
        Fax (617) 523-7554

        Attorneys for C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon each attorney of record on March 17, 2005 by first-class mail.

        /s/ Matthew Zisow
        Matthew Zisow

Gary Lambert, Esq.
c/o Patrick Archibald, Esq.
LAMBERT & ASSOCIATES
92 State Street, Suite 200
Boston, MA 02109