UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT M. EPSTEIN<br>          Plaintiff<br><br>   V.<br><br>C.R. BARD, INC.<br>          Defendant | CIVIL ACTION<br><br>NO. 03CV12297-RWZ |

### JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 11/8/05;

JUDGMENT is entered DISMISSING the complaint.

                                                            By the Court,

  11/8/05                                  s/ Lisa A. Urso
Date                                         Deputy Clerk