UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 03 CV 12297 (RWZ)

| | |
|---|---|
| SCOTT M. EPSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| C.R. BARD, INC., ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Scott M. Epstein, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment dismissing the complaint against C.R. Bard, Inc. entered in this action on the 8th day of November, 2005.

(s)_____
Attorney for plaintiff
Gary E. Lambert (BBO No.: 548303)
LAMBERT & ASSOCIATES
92 State Street
Boston, MA 02109-2004
Tel.: (617) 720-0091
Fax: (617) 720-6307